IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLONDELL SIMMONS,
)
    Plaintiff, )
  v. )     Civil Action No. 07-50 Erie
)
JEFFREY A. BEARD, et al., )
)
    Defendants. )

## O R D E R

AND NOW, this 22nd Day of June, 2009, upon consideration of the Plaintiff's motion styled "Petition Pay [sic] 20% Installment Plan" [95],

IT IS HEREBY ORDERED that said motion is DENIED as moot.

          s/ Sean J. McLaughlin

          SEAN J. McLAUGHLIN
          United States District Judge

cm:    all parties of record.
       U.S. Magistrate Judge Susan Paradise Baxter